**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**VALLEY MOLD COMPANY, INC., Respondent.**

**No. 72–1115.**

United States Court of Appeals, Sixth Circuit.

Oct. 26, 1972.

Frank Vogl, Atty., N. L. R. B., Washington, D. C., for petitioner; Peter G. Nash, Gen. Counsel, Marcel Mallet-Prevost, Asst. Gen. Counsel, Elliott Moore, Atty., N. L. R. B., Washington, D. C., on briefs.

Thomas A. Holton, Dayton, Ohio, for respondent, John O. Henry, Estabrook, Finn & McKee, Dayton, Ohio, on brief.

Before PHILLIPS, Chief Judge, McCREE, Circuit Judge, and BRATCHER, District Judge.*

ORDER

This case is before the court upon the application of the National Labor Relations Board for enforcement of its order published at 191 N.L.R.B. No. 69. Reference is made to the published decision of the Board for a recitation of the facts.

Upon consideration, the court concludes that the decision of the Board is supported by substantial evidence on the record considered as a whole. However, we modify the order of the Board in one

*Honorable Rhodes Bratcher, Judge, United States District Court for the Western District of Kentucky, sitting by designation.

respect: The reinstatement with backpay of Dorothy Johnson, Glen Bowen, Arthur Strange and Kathelene Strange will be conditioned upon their signing the confidentiality agreement described in the Board's decision, if such signing is still desired by the company.

It is ordered that, with this modification, the order of the Board be enforced.

Entered by order of the court.